E-FILED — **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5761-GHK (FFMx) | Date | June 2, 2015 |
|---|---|---|---|
| Title | *Kristin Nicholas v. Janssen Pharmaceuticals, Inc., et al.* | | |

| Presiding: The Honorable | **GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(In Chambers) Order re:** Motion to Remand Case (Dkt. 39)

On April 13, 2015, Plaintiff Kristin Nicholas ("Plaintiff") filed the above-captioned Motion. (Dkt. 39.) Defendants Janssen Pharmaceuticals, Inc.,[1] Johnson & Johnson, and Janssen Research and Development, LLC[2] (collectively, the "Pharmaceutical Defendants") filed an Opposition, (Dkt. 40), but Defendants Garfield Beach CVS, LLC[3] and Elie Gindi, MD did not. The Parties have now submitted a Stipulation to dismiss the Pharmaceutical Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1), (Dkt. 46), and the Pharmaceutical Defendants have withdrawn their Opposition. (Dkt. 43.) We deem the remaining Defendants to having consented to the granting of the Motion. *See* L.R. 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). Plaintiff's Motion to Remand is hereby **GRANTED**. This case is **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |

---

[1] Formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Inc.

[2] Formerly known as Johnson & Johnson Pharmaceutical Research and Development, LLC.

[3] Erroneously identified in the Complaint as "CVS Pharmacy." (*See* Dkt. 11, Answer of Garfield Beach CVS, LLC.)